USA v. Davis                              CR-80-13-1-SD 01/11/95
                    UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEW HAMPSHIRE


United States of America


        v.                                  Criminal No. 80-13-1-SD


Lester Davis



                             O R D E R


        Currently confined at New Hampshire State Prison, Lester

Davis moves the court for appointment of counsel for the purpose

of proceedings before the United States Parole Commission.[1]

        It appears that Davis is currently entitled to a

dispositional record review under the regulations of the Parole

Commission.  He has filed the requisite statement of indigency

with this court.

        Under former 18 U.S.C. § 4214(a)(2)(B), Davis is entitled to

appointment of counsel if he otherwise qualifies.[2]  Finding that

_____

        [1]Davis was sentenced on a drug offense in this court on
December 1, 1980.  His sentence included incarceration for three
years and a five-year special parole term.  Subsequent state drug
and firearm charges resulted in a sentence on April 13, 1993,
which in turn triggered a charge of federal parole violation.

        [2]The repeal of the federal parole statutes, 18 U.S.C. §§
4201-4218, was extended by subsequent legislation to a ten-year
period, during which time Davis's state offenses were committed.

such qualification here exists, it is accordingly ordered that counsel be appointed for Lester Davis for the purpose of representation in his proceeding before the United States Parole Commission.

SO ORDERED.

_____
Shane Devine, Senior Judge
United States District Court

January 11, 1995

cc:  United States Attorney
     United States Marshal
     United States Probation
     Lester Davis, pro se

_____

Section 4214(a)(2)(B) entitles him to appointment of counsel pursuant to the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. The maximum amount payable for such representation under CJA is $750.  18 U.S.C. § 3006A(d)(2).

2